# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| ALYSSA ELIZABETH KOSEK | |
| | Chapter: 7 |
| | Case No.: 5-18-bk-00007 RNO |
| THE PENNSYLVANIA STATE UNIVERSITY | Adversary No.: 5-18-ap-00031 RNO |
| Plaintiff(s) | Document No.: 15 |
| vs. | |
| ALYSSA ELIZABETH KOSEK | Nature of Proceeding: Motion for Protective Order |
| Defendant(s) | |

## ORDER

After due consideration of the Pennsylvania State University's Motion for Protective Order ("Motion"), and after a Pre-Trial Conference held on August 22, 2018, it is

ORDERED that the Motion is granted in part and denied in part; and,

FURTHER ORDERED that the Motion is granted to the extent that the deposition of David Dulabon, Esquire will not be taken until the earlier of a date agreed to by the parties or the conclusion of the Debtor/Counterclaim Plaintiff's depositions of other witnesses; and,

FURTHER ORDERED that the Motion is denied to the extent that the Motion seeks to preclude the deposition of David Dulabon, Esquire; and,

FURTHER ORDERED that nothing in this Order precludes the Debtor/Counterclaim Plaintiff from seeking to depose additional witnesses who are identified during Attorney Dulabon's deposition.

By the Court,

*Robert N. Opel II* (signature)
_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)

August 22, 2018

Order – Blank with Parties - Revised 04/18

Case 5:18-ap-00031-RNO    Doc 22    Filed 08/22/18    Entered 08/22/18 16:10:51    Desc
Main Document    Page 1 of 1